

~~UNDER SEAL~~ FILED

JAN 15 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Scott.Joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE. NO. 3 20 70028 |
| Plaintiff, | [~~PROPOSED~~] SEALING ORDER |
| v. | |
| MOHAMMED COLIN NURU and NICK JAMES BOVIS | |
| Defendants. | |

    Based upon the motion of the United States and for good cause shown regarding the need to ensure the safety of law enforcement agents in the execution of the arrest warrants, to protect against the potential destruction of evidence, and to prevent the possible flight of the defendants, the Docket, the Motion, the Complaint, the Arrest Warrants, this Sealing Order, and all other related documents shall be sealed until further order of the Court. Endorsed, filed copies shall be provided to the United States Attorney's Office, which shall be permitted to share them as necessary with counsel for any defendant charged as a result of this investigation and to provide working copies to Special Agents of the Federal Bureau of Investigation, federally deputized state and local law enforcement officers, other government and contract personnel acting under the supervision of such investigative or law enforcement officers,

[PROPOSED] SEALING ORDER      1

3-MJD

and telecommunications companies as necessary to effectuate the Court's Order.

IT IS SO ORDERED.

DATED: 1-15-20

_____
HON. SALLIE KIM
United States Magistrate Judge