| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 3 mins | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Stephen Ybarra | | | REPORTER/FTR 11:32 - 11:35 | | |
| MAGISTRATE JUDGE Sallie Kim | | DATE February 6, 2020 | | | NEW CASE ☐ | CASE NUMBER 20-mj-70028-MAG | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT Mohammed Colin Nuru | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Ismail Ramsey, special | | PD. ☐  RET. ☐ APPT. ☐ | |
| U.S. ATTORNEY Scott D. Joiner | | INTERPRETER n/a | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Josh Libby | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS ☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS   ☐ ADVISED OF CHARGES   ☐ NAME AS CHARGED IS TRUE NAME   ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION   ☐ ARRAIGNED ON INDICTMENT   ☐ READING WAIVED SUBSTANCE   ☐ WAIVER OF INDICTMENT FILED

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 2/13/20 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 11:30 am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ **STATUS RE BOND** |
| BEFORE HON. SK | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The defendant and Mr. Ramsey are in the process of finalizing the engagement. I.D. of counsel is set for 2/27/20 at 10:30 am before the duty magistrate judge. The parties intend to secure the bond with Defendant's property. Mr. Ramsey is in the process of gathering the necessary paperwork for posting the property.

DOCUMENT NUMBER: