ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES ((Bar No. 155534)
katharine@ramsey-ehrlich.com
**RAMSEY & EHRLICH LLP**
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mohammed Nuru

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MOHAMMED NURU,<br><br>  Defendant. | Case No.: CR 20-70028 MAG<br>Case No.: CR 20-70076 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING AND MODIFY BAIL CONDITIONS** |

The defendant Mohammed Nuru is currently scheduled to appear before this Court for status regarding bail conditions on February 12, 2020, at 11:30 am.

At the previous appearance, this court ordered Mr. Nuru released on bail, with a $2 million unsecured bond. The parties agreed that they would review documentation regarding the equity in Mr. Nuru's property and agree on an amount of a secured bond.

Mr. Nuru's primary residence has equity of approximately $400,000. The parties stipulate that the $2 million overall bond should remain in place with $400,000 of that amount secured by a deed of trust.

Accordingly, the United States and Mr. Nuru stipulate and move this court to vacate the February 13, 2020, hearing at 11:30 am and modify the bail conditions to require that $400,000

1

Stipulation and [Proposed] Order

of the $2 million bond be secured by a deed of trust on Mr. Nuru's primary residence ("subject property"). Mr. Nuru shall lodge the documentation required under General Order 55 by February 19, 2020.

Mr. Nuru understands and agrees, pursuant to 18 U.S.C. § 3142, that the subject property will be subject to forfeiture if he fails to appear as required.

All other conditions of Mr. Nuru's pretrial release, imposed on January 28, 2020, will remain the same.

IT IS SO STIPULATED.

Dated:  February 12, 2020							Respectfully Submitted,

											RAMSEY & EHRLICH LLP

											        //s//
											ISMAIL RAMSEY
											KATHARINE KATES
											Attorneys for MOHAMMED NURU


											DAVID L. ANDERSON
											United States Attorney


											        //s//
											SCOTT D. JOINER
											S. WAQAR HASIB
											ROBERT S. LEACH
											Assistant United States Attorneys

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated:

											_____
											THE HONORABLE SALLIE KIM
											UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order