ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES ((Bar No. 155534)
katharine@ramsey-ehrlich.com
**RAMSEY & EHRLICH LLP**
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mohammed Nuru

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MOHAMMED NURU, <br><br> Defendant. | Case No.: CR 20-70028 MAG <br> Case No.: CR 20-70076 MAG <br><br> **STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING AND MODIFY BAIL CONDITIONS** |

  The defendant Mohammed Nuru is currently scheduled to appear before this Court for status regarding bail conditions on February 12, 2020, at 11:30 am.

  At the previous appearance, this court ordered Mr. Nuru released on bail, with a $2 million unsecured bond. The parties agreed that they would review documentation regarding the equity in Mr. Nuru's property and agree on an amount of a secured bond.

  Mr. Nuru's primary residence has equity of approximately $400,000. The parties stipulate that the $2 million overall bond should remain in place with $400,000 of that amount secured by a deed of trust.

  Accordingly, the United States and Mr. Nuru stipulate and move this court to vacate the February 13, 2020, hearing at 11:30 am and modify the bail conditions to require that $400,000

1

of the $2 million bond be secured by a deed of trust on Mr. Nuru's primary residence ("subject property"). Mr. Nuru shall lodge the documentation required under General Order 55 by February 19, 2020.

Mr. Nuru understands and agrees, pursuant to 18 U.S.C. § 3142, that the subject property will be subject to forfeiture if he fails to appear as required.

All other conditions of Mr. Nuru's pretrial release, imposed on January 28, 2020, will remain the same.

IT IS SO STIPULATED.

Dated:  February 13, 2020

Respectfully Submitted,

RAMSEY & EHRLICH LLP

          //s//
ISMAIL RAMSEY
KATHARINE KATES
Attorneys for MOHAMMED NURU


DAVID L. ANDERSON
United States Attorney


          //s//
SCOTT D. JOINER
S. WAQAR HASIB
ROBERT S. LEACH
Assistant United States Attorneys


GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: February 13, 2020

THE HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order