ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES ((Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mohammed Nuru

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 20-70028 MAG |
|---|---|
| Plaintiff, | ) Case No.: CR 20-70076 MAG |
| vs. | ) **STIPULATION AND [PROPOSED]** |
| MOHAMMED NURU, | ) **ORDER TO MODIFY BAIL** |
| Defendant. | ) **CONDITIONS** |

The defendant Mohammed Nuru is currently scheduled to appear before this Court for status and preliminary hearing or indictment on April 13, 2021 at 10:30 am.

This court has previously ordered Mr. Nuru released on bail, with a $2 million bond, with $400,000 of that amount secured by a deed of trust on his primary residence.

Mr. Nuru has complied with all of the terms of his pretrial release and supervision, without any violations. Mr. Nuru has requested to travel to his home in Stonyford, Colusa County, to perform maintenance for the weekends of April 9 to April 12, 2021, May 13 to May 17, 2021, and June 30, 2021, to July 5, 2021. His supervising pretrial services officer does not object to this request.

1

Accordingly, the United States and Mr. Nuru stipulate and move this court to modify the bail conditions to allow Mr. Nuru to travel to his home in Stonyford for the two above-described periods.

All other conditions of Mr. Nuru's pretrial release, imposed on January 28, 2020, will remain the same.

IT IS SO STIPULATED.

Dated:            April 8, 2021                    Respectfully Submitted,

                                                   RAMSEY & EHRLICH LLP


                                                   _____//s//_____
                                                   ISMAIL RAMSEY
                                                   KATHARINE KATES
                                                   Attorneys for MOHAMMED NURU


                                                   DAVID L. ANDERSON
                                                   United States Attorney


                                                   _____//s//_____
                                                   SCOTT D. JOINER
                                                   S. WAQAR HASIB
                                                   Assistant United States Attorneys


GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: April 13, 2021

                                                   _____[signature: Sallie Kim]_____
                                                   THE HONORABLE SALLIE KIM
                                                   UNITED STATES MAGISTRATE JUDGE